# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

142788(49)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIMOTHY JAMES ROACH,
      Defendant-Appellant.

_____/

SC: 142788
COA: 294356
Calhoun CC: 09-001688-FC

On order of the Court, the motion for reconsideration of this Court's July 20, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARILYN KELLY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

Clerk

h0919